UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:    ARLENE R. LINDSAY             DATE: 9/11/2023
           United States Magistrate Judge
                                         TIME: 12:00 p.m.

DOCKET NO: 23-cv-02024-ARL

CASE: Noj Sol v. Lucharitos Center Moriches, Inc. et al

___   INITIAL CONFERENCE
___   STATUS CONFERENCE
___   SCHEDULING CONFERENCE                BY TELEPHONE  X
___   SETTLEMENT CONFERENCE
___   FINAL CONFERENCE
 X    FAIRNESS HEARING

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Jacob Aronauer | Richard K. Zuckerman |
| | | Sharon N. Berlin |

The following rulings were made:

Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). Pursuant to the agreement placed on the record by the parties the paragraph 15 of the release is modified and limited to wage claims. The Clerk of Court is directed to mark this matter closed.

SO ORDERED:

/s/